ORIGINAL

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INVESTMENT ENTERPRISES, INC., a/k/a NATIONAL ENTERPRISES, INC., AND MELKON GHARAKHANIAN, a/k/a MICHAEL GARIAN, a/k/a BIKA BALIAN,<br><br>Defendants,<br><br>and<br><br>AEGIS FINANCIAL, LLC,<br><br>Relief Defendant. | No. CV 03-0896 DSF (JWJx)<br><br>JUDGMENT OF DISGORGEMENT AND CIVIL PENALTY AGAINST DEFENDANTS MELKON GHARAKHANIAN A/K/A MICHAEL GARIAN AND NATIONAL INVESTMENT ENTERPRISES, INC.<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).<br><br> |

The Court's ruling granting in part Plaintiff Securities and Exchange Commission's motion for summary judgment against Defendants Melkon Gharakhanian a/k/a Michael Garian ("Garian") and National Investment Enterprises, Inc. ("NIE") was entered on February 6, 2004. The Court found that Garian and NIE violated the registration requirements of the Securities Act of

89

1933, the antifraud provisions of the Securities Act and the Securities Exchange Act of 1934, and the antifraud provisions of the Investment Advisers Act of 1940. The Court further found that NIE violated the registration provisions of the Investment Act of 1940. On February 12, 2004, the Court entered a Judgment of Permanent Injunction against Garian and NIE. On April 12, 2004, the Court granted in part and denied in part Plaintiff's Request for Disgorgement, Prejudgment Interest, and Civil Penalties Against Defendants.

Accordingly, judgment is for plaintiff as follows:

1. For disgorgement in the amount of $2,602,490.00, and
2. For a civil money penalty in the amount of $120,000.00.

IT IS SO ORDERED.

DATED: 4-12-04

_Dale S. Fischer_
DALE S. FISCHER
United States District Judge

- 2 -